**KELLEY DRYE & WARREN LLP**
Becca J. Wahlquist (SBN 215948)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901
bwahlquist@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Geoffrey W. Castello (*Pro Hac Vice forthcoming*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
gcastello@kelleydrye.com

*Attorneys for Defendant Michael Kors (USA), Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONYA VALENZUELA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL KORS (USA), INC.**, a Delaware limited liability company; and **DOES 1 through 25**, inclusive.,<br><br>Defendants. | Case No. 2:22-cv-05902-SPG-AFM<br><br>[Assigned to Hon. Sherilyn Peace Garnett]<br><br>**DEFENDANT MICHAEL KORS (USA), INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Request for Judicial Notice and Proposed Order filed concurrently]<br><br>Hearing: December 7, 2022<br>Time: 1:30 p.m.<br>Location: Courtroom 5C |

Case No. 2:22-cv-05902-SPG-AFM
DEFENDANT MICHAEL KORS (USA), INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 7, 2022, at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 5C of the United States District Court for the Central District of California, before the Honorable Sherilyn Peace Garnett, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendant Michael Kors (USA), Inc. ("Michael Kors") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Amended Complaint and claims therein of Plaintiff Sonya Valenzuela ("Plaintiff") with prejudice for failure to state a claim upon which relief may be granted.

The basis for this Motion is that Plaintiff failed to adequately plead a claim under Section 631 and Section 632.7 of the California Invasion of Privacy Act. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 21, 2022, and the parties thoroughly discussed the substance and potential resolution of the filed motion by videoconference.

The Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the accompanying Request for Judicial Notice; and all other materials supporting the Motion or the Reply filed in support thereof; the pleadings on file with the Court, and such arguments and authorities as may be presented at or before the hearing.

DATED: October 5, 2022               KELLEY DRYE & WARREN LLP

*/s/ Becca J. Wahlquist*
Becca J. Wahlquist (SBN 215948)
Geoffrey W. Castello (*Pro Hac Vice* forthcoming)

Case No. 2:22-cv-05902-SPG-AFM
DEFENDANT MICHAEL KORS (USA), INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)