# EXHIBIT A








## UNDER COVER

The secret to stylish layers: lush textures that complement jeans and dresses alike.

SHOP JACKETS & OUTERWEAR ▸

SHOP CLOTHING ▸

## GIFTING SNEAK PEEK

Because it's never too early to find the perfect present.

SHOP ALL GIFTS ▸

<a>
</a>




MICHAEL KORS MENS







## SHIFT GEARS

Fall's classic accessories and wardrobe essentials promise streamlined style.

SHOP MICHAEL KORS MENS ▸

———— WATCH HUNGER STOP ————



## WATCH HUNGER STOP

Since 2013, our campaign in support of the World Food Programme has helped deliver over 29 million school meals to children around the globe. Discover this year's special-edition LOVE designs and join us in the fight to reach zero hunger.*

LEARN MORE ▸

———— MICHAEL KORS KIDS ————



### SHINE ON

Coordinating sets with shimmering logo prints make getting dressed easy—and fun.

SHOP MICHAEL KORS KIDS ▸

---

MICHAEL KORS COLLECTION



