PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KORS (USA) INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05902-SPG-AFM<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Complaint Filed: July 22, 2022<br>Removed: August 19, 2022<br>First Amended Complaint Filed: September 14, 2022 |

NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that a request for dismissal will be filed within forty-five (45) days of the date of this Notice.

Dated: January 3, 2023          PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
     Scott J. Ferrell
     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.
